UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO CARILLO GOMEZ, ) | CASE NO. SA CV 09-1073-ODW (PJW) |
| Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| KATHLEEN ALLISON, ACTING WARDEN, ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 8, 2010.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\SA09CV01073ODW-J.WPD